AO 93C  (Rev. 8/18) Warrant by Telephone of Other Reliable Electronic Means (Page 2)

## Return

| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |
|---|---|---|
| 8:21-MJ 00038 | 1/27/21 - 6:10 am | In kitchen - occupant not present |

Inventory made in the presence of :   N/A - left in kitchen F0.597

Inventory of the property taken and name of any person(s) seized:

(1) One Ipad Serial: DMPLVOT2RK11
(1) one macbook Serial: C02BRZPOGTHT
(6) Six thumb drives
      Digital Voice Recorder
      Digital Body Camera
(1) one compact disc
(1) One Ipad Serial: DMPSQE9NG5W1
      Article Pocket
      Ear Pieces
(1) one Black Baton
(1) one Lexar 1000x 32GB Sim card
(1) one Canon Powershot SX500IS w/ 16GB Sim card 8196532C
         with cord
(1) One Go Pro Camera C3161324806474 w/ micro SD
         card 64GB with cord
(1) one harddrive S/N - SVBK 1702
(1) One macbook S/N - C02V32U4J1WL
(1) Pepper Gel Cannister and (1) Pepper Spry Cannister
(1) micro SD Thumbdrive - Lexar

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 1/27/21

_____
Executing officer's signature

Dominic Ambrosio, Special Agent FBI
Printed name and title